# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 31, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154069(25)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                         SC: 154069
                                                          COA: 331567
                                                          Wayne CC: 10-002260-FC
TRAMMANUEL DURHAM,
          Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's March 22, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



a0522

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2017



                              Clerk